IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-95 |
| | ) | CR 115-76 |
| WENDY MICHELLE DAVIS | ) | CR 113-39 |

_____

**O R D E R**
_____

Before the Court is Defendant's motion to modify the Court's Order dated November 16, 2015, which requires her to make monthly payments of $200.00 to defray a tiny portion of the defense costs to be incurred by CJA counsel. In obtaining court-appointed counsel, Defendant submitted a financial affidavit dated October 9, 2015, in which she claimed one dependent, a fifteen year old son, monthly income of $3,100.00, and monthly expenses of $1,962.00. In her motion dated December 3, 2015, Defendant alleges that she can no longer afford to pay $200.00 per month in defense costs because her "annuity from United States Office of Personnel was cut by $550.00 ... due to overpayment." In support, she attaches a notice dated March 24, 2015 from the Office of Personnel Management explaining that, effective June 1, 2015, Defendant's monthly annuity payment would be offset by $121.57 per month for 533 months, plus a final payment number 534 of $92.19, to satisfy an alleged overpayment of $64,889.00. Also attached to Defendant's motion is her revised list of monthly expenses that increases the total from $1,962.00, as alleged in her financial affidavit, to $3,187.00.

The Court **DENIES** Defendant's motion for two reasons. First, the notice from Office of Personnel Management predates her affidavit and confirms a reduction of $121.57 per month,

not $550.00 per month as Defendant alleges. Second, Defendant's revised list of monthly expenses includes a cable bill for $230.00, a wireless internet bill of $130.00, and a phone bill of $290.00. In the face of these unreasonably high expenditures, none of which are for basic necessities, the Court will not hear Defendant complain that she cannot afford to make a minimal monthly contribution of $200.00 toward her costs of defense.

SO ORDERED this 10th day of December, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA