| GAS 245B | (Rev. 09/11) Judgment in a Criminal Case | | Judgment — Page 3 of 5 |
|---|---|---|---|
| DC Custody TSR | Sheet 3 – Supervised Release | | |

DEFENDANT: Wendy Michelle Davis
CASE NUMBER: 1:13CR00039-1; 1:15CR00076-1; 1:15CR00095-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>4 months as to all counts, Docket Numbers (1:13CR00039-1); (1:15CR00076-1); (1:15CR00095-1), to be served concurrent, with no term of supervision to follow.</u>

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☒ as notified by the United States Marshal no later than 30 days from December 14, 2015.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant ~~delivered~~ Surrendered on 1/11/2016 to FCI Tallahassee

at Tallahassee, FL , with a certified copy of this judgment.

T.A. Jones, Warden
~~UNITED STATES MARSHAL~~

By _____, CSP
~~DEPUTY UNITED STATES MARSHAL~~

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JAN 20 AM 9:35
CLERK _____
SO. DIST. OF GA.